ARW:rmh
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America

v.

MOHAMED ABDIHAMID FARAH,
ADNAN ABDIHAMID FARAH,
ABDURAHMAN YASIN DAUD,
ZACHARIA YUSUF ABDURAHMAN,
HANAD MUSTAFE MUSSE and
GULED ALI OMAR

Case No. 15 MJ 314(3) BRT

RECEIVED MAY 01 2015 CLERK U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA

RECEIVED APR 29 P 4:2 U.S. MARSHALS SERV. MPLS MN

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ABDURAHMAN YASIN DAUD,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _x_ Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

On or about November 6, 2014 through the present, in Hennepin County, in the State and District of Minnesota, defendant(s) in violation of Title 18, United States Code, Section(s) 2339B(a)(1).

Date: April 18, 2015

*Issuing officer's signature*

City and state:   Minneapolis, MN

Becky R. Thorson, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 4/18/2015, and the person was arrested on *(date)* 4/19/2015 at *(city and state)* San Diego, CA. | |
| Date: 4/29/2015 | *Arresting officer's signature* Nicholas L. Marshall, SA *Printed name and title* |

SCANNED MAY - 4 2015 U.S. DISTRICT COURT MPLS