# UNITED STATES OF DISTRICT COURT
# DISTRICT OF MINNESOTA

Case No. :15-Cr-49 (MJD/FLN)

UNITED STATES OF AMERICA

    Plaintiff

v.                          **AFFIDAVIT IN SUPPORT OF MOTION FOR BOND**

MOHAMED ABDIHAMID FARAH (2)

    Defendant

I, Abdihamid Farah Yusuf, duly sworn on oath, state as follows:

1. I am the father of Mohamed Farah, the defendant in this case.
2. I have personal knowledge of all the facts deposed to in this affidavit.
3. I voluntarily, intelligently and conscientiously depose to this affidavit.
4. I am a citizen of the United States and reside in Minneapolis, Minnesota.
5. I married to Ayan Mohamed Farah on September 9, 1993, in traditional marriage, in Minneapolis, Minnesota.

1

6. We, together, have seven children who are all United States citizens.
7. We are hard workers, strong and functioning family.
8. I work full time for Minneapolis public schools
9. Mohamed Farah was born in Minneapolis, Minnesota on January 20, 1994.
10. Mohamed Farah is my oldest son.
11. Mohamed Farah is like second father of the house according to Somali tradition.
12. He was always helping my children when I was busy with work.
13. He was very supportive when my kids need any assistance.
14. Mohamed Farah's dream was to become school teacher.
15. Mohamed is great student and have high grades.
16. Mohamed Farah was full time student, attending St. Paul technical College before he was arrested.
17. He was always tutoring my children for all school subjects.
18. My children missed Mohamed as their best brother.
19. Abdirahman Farah, who is 10 years always asks when Mohamed will be released.
20. Mohamed Farah has no criminal record and maintains close ties with his family.

21. Mohamed Farah has no violent behavior.
22. Mohamed is a quiet son and a good example to his siblings.
23. I am not aware of any trip that Mohamed Farah planned to join ISIL or any other violent groups.
24. It is extremely unlikely that Mohamed will run away or not remain in the Twin Cities to answer the charges against him, if he is released on bail.
25. I request Mohamed Farah to be released and continue his education while the case is pending.
26. We are now experiencing grave hardship and it is very important if Mohamed could be granted bail pending the resolution of the case against him.
27. We, as a family, are United States citizens, law abiding, and tax payers. If Mohamed Farah is granted bail, I am willing and able to stand surety for him.
28. In addition, I am willing to undertake to provide room and board to Mohamed Farah and show all court compliance.
29. I make this oath in good faith and for the purpose of granting bond to Mohamed Farah.

Further Affiant sayeth naught.

Dated: 06/10/2015

ABDIAHIMD FARAH YUSUF

Subscribed, sworn to and acknowledged before me, this 10th day of June, 2015.

HASSAN ALI MOHAMUD

Notary Public, Minnesota
(My Commission Expires Jan. 31, 2020)

HASSAN A MOHAMUD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2020