UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 15-CR-49 (06) (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **STATEMENT OF FACTS IN** |
| ) | **SUPPORT OF EXCLUSION** |
| v. ) | **OF TIME UNDER SPEEDY** |
| ) | **TRIAL ACT** |
| HANAD MUSTOFE MUSSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to 18 U.S.C. § 3161 (h) (7) (A), I, Hanad Mustofe Musse, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

My case presents complex legal and factual issues. The disclosures in the case are voluminous. My lawyers need more time to properly investigate the legal and factual questions presented.

Based on the above facts, I request that the period of time from now until August 8, 2015 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request with full knowledge of my rights under the Speedy Trial Act.

Dated: 6-15-15  _____
Hamad Mustafe Musse

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated: 6/15/2015          s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
Paul C. Dworak (#0391070)
333 South Seventh Street, Suite 3000
Minneapolis, MN 55402
(612) 333-9500

ATTORNEYS FOR DEFENDANT