UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case File No. 15-CR-49(05) (MJD/FLN)

---

United States of America,

    Plaintiff,

v.

Zacharia Yusuf Abdurahman,

    Defendant.

**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

---

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Zacharia Yusuf Abdurahman, the Defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

1. I have discussed the need for a continuance with my attorneys.

2. My attorneys advise me that they need more time to properly investigate the legal and factual questions presented.

Based on the above facts, I request that the period of time from now until August 8, 2015, be excluded from the time in which I would otherwise have to be brought to trial on my case.

I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 06/23/15

                                                Zacharia Yusuf Abdurahman

791438.v1

                                      Witness:

Dated: June 22, 2015          FELHABER LARSON

                                      By: /s/ Marnie Fearon
                                      Jon M. Hopeman, #47065
                                      Marnie E. Fearon, #305078
                                220 South Sixth Street, Suite 2200
                                Minneapolis, Minnesota 55402
                                (612) 339-6321
                                jhopeman@felhaber.com

                                ATTORNEYS FOR DEFENDANT ZACHARIA
                                YUSUF ABDURAHMAN

791438.v1