UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>- against -<br><br>HAMZA AHMED,<br><br>         Defendant. | MOTION TO MODIFY<br>CONDITIONS OF RELEASE<br><br>15-CR-49 (MJD/FLN) |

  Hamza Ahmed, through his attorney, respectfully moves the Court for an order releasing him, pursuant 18 U.S.C. § 3142, based on the accompanying bail release proposal.

Date: New York, New York
    June 25, 2015

                   Respectfully Submitted.

                   /s/

                   JANEANNE MURRAY
                   Registration No. 0384887
                   Murray Law LLC
                   Attorneys For Hamza Ahmed
                   The Flour Exchange Building
                   310 Fourth Avenue South, Suite 5010
                   Minneapolis, MN 55415
                   Tel.  (612) 339-5160