UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 15-CR-49 (06) (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HANAD MUSTOFE MUSSE,<br><br>　　　　　　Defendant. | **DEFENDANT MUSSE'S MOTION TO DISMISS COUNT 8 (FINANCIAL AID FRAUD) OF THE INDICTMENT** |

Defendant Musse, by and through his undersigned counsel, hereby moves the Court for an Order dismissing Count 8 (financial aid fraud) of the Indictment. Count 8 is unconstitutionally vague as applied to Mr. Musse and amounts to selective prosecution in this case.

This motion is based on the Indictment, the Fifth Amendment to the United States Constitution, the Federal Rules of Criminal Procedure, the records and files in this case, the accompanying memorandum, and upon such other and further points and authorities as may be subsequently presented to the Court.

Respectfully,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated: 8-6-2015          s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
Paul C. Dworak (#391070)
Ian S. Birrell (#0396379)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

ATTORNEYS FOR DEFENDANT