# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4364

United States of America

Appellee

v.

Abdirahman Yasin Daud

Appellant

------

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:15-cr-00049-MJD-4)

------

### MANDATE

In accordance with the opinion and judgment of 08/10/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 19, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit