# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,    Case No. 15-cr-49 (4) MJD/HB

        Plaintiff

v.    **AMENDED JUDGMENT IN A CRIMINAL CASE**

Abdirahman Yasin Daud

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. Petitioner's Motion to Vacate Under § 2255 [Doc. No. 923] is **DENIED;** and

2. No Certificate of Appealability shall issue.

Date: August 11, 2020

                                                                                         KATE M. FOGARTY, CLERK