Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Hamza Naj Ahmed

Docket No. 0864 0:15CR00049-001(MJD)

Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Hamza Naj Ahmed** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 15, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 23 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms to include:

- The defendant shall reside for a period of up to 365 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. The defendant may be restricted to their residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has remained compliant and adhered to directives and expectations of probation. It is hoped that a decreased level of restriction would provide the defendant more discretion and an increased level of control in his life, while maintaining a high-level of supervision.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The remainder of the defendant's term of home detention with location monitoring, utilizing global positioning system (GPS) technology, may be reduced to the following restrictions:

The defendant shall remain at their residence every day during set hours as directed by the probation officer.

Petition on Supervised Release   RE: **Hamza Naj Ahmed**
Page 2   Docket No. 0864 0:15CR00049-001(MJD)

___

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __3rd__ day of __January 2024__, and ordered filed and made a part of the records in the above case. | s/ Brian James<br>Brian S. James<br>Senior U.S. Probation Officer<br>Telephone: 612-664-5364 |
| s/Michael J. Davis<br>Honorable Michael J. Davis<br>Senior U.S. District Judge | Executed on    December 28, 2023<br>Place              Minneapolis<br><br>Approved:<br><br>s/Odell Wilson III<br>Odell Wilson III<br>Supervising U.S. Probation Officer |