Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Adnan Abdihamid Farah

<u>Docket No. 0864 0</u>:15CR00049-003(MJD)

**Petition on Supervised Release**

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Adnan Abdihamid Farah** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 15, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions to include:

- The defendant shall reside for a period of up to 365 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. The defendant may be restricted to their residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

On August 24, 2024, the above condition was modified to a reduced program as defined by the following:

> The defendant shall remain at their residence every day during set hours as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The remainder of the defendant's term of home detention with location monitoring, utilizing global positioning system (GPS) technology, may be reduced to the following restrictions: The defendant shall remain at their residence every day during set hours as directed by the probation officer.

The defendant failed to follow directives regarding this condition on multiple dates, including failure to be at his residence during designated times, and failure to follow instructions related to charging his device.

> SPECIAL CONDITION: The defendant shall participate in a mental health counseling program as approved by the probation officer. This program may include psychological/psychiatric counseling or treatment, family counseling, and mentor support.

The defendant failed to comply with mental health therapy as originally recommended.

SPECIAL CONDITION: The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office.

The defendant admitted to use of an unauthorized internet device.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall participate in a location monitoring program for an additional 90 days. The current term of location monitoring is scheduled to end on November 20, 2024, the new end date would be February 18, 2025. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

The defendant shall remain at their residence every day during set hours as directed by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

### ORDER OF THE COURT

Considered and ordered this  1st  day of  November 2024 , and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on  October 31, 2024
Place  Minneapolis

Approved:

s/ *Dawn Arenz*

Dawn Arenz
Supervisory U.S. Probation Officer