Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

## United States v. Zacharia Yusuf Abdurahman

<u>Docket No. 0864 0</u>:15CR00049-005(MJD)

### Petition on Supervised Release

  COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Zacharia Yusuf Abdurahman** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Submit to Search
- Internet Restrictions/Examinations
- Employment Required
- Financial Disclosure
- Restrict Extremist Material
- Mental Health Evaluation/Treatment
- Polygraph Examination
- Surrender Passport
- Up to 365 days in a Residential Reentry Center with Global Positioning System (GPS) Technology Under Home Detention.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> <u>SPECIAL CONDITION:</u> The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include but not be limited to allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the U.S. Probation Office and Pretrial Services Office.

On July 7, 2024, the defendant was found to be in possession of an unauthorized internet capable cell phone.

On July 29, 2024, the defendant was found to be in possession of multiple unauthorized internet capable devices, specifically a laptop computer and a gaming console.

SPECIAL CONDITION: The defendant shall reside for a period of up to 365 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility, which may include location monitoring with Global Positioning System (GPS) technology. The defendant may be restricted to their residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

On July 28, 2024, the defendant failed to return to his residence as scheduled. The defendant was directed by probation to return home, but did not do so in a timely manner.

On October 18, 2024, the defendant failed to return to his residence as scheduled.

PRAYING THAT THE COURT WILL ORDER that **a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.**

ORDER OF THE COURT

Considered and ordered this 12th day of November 2024, and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on   November 8, 2024
Place   Minneapolis

Approved:

s/ *Dawn Arenz*

Dawn Arenz
Supervisory U.S. Probation Officer