UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## ORDER

United States of America,

                Plaintiff,

v.

Zacharia Yusuf Abdurahman,

                Defendant.

Docket No. 0864 0:15CR00049-005

On the 26th day of November, 2024, Zacharia Yusuf Abdurahman appeared before the Honorable Tony N. Leung, U.S. Magistrate Judge, for an initial appearance on an alleged supervised release violation petition. IT IS HEREBY ORDERED that Zacharia Yusuf Abdurahman be released under the same terms and conditions previously imposed on supervised release.

### Directions to the United States Marshal

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a halfway house or treatment bed is available. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Signed and executed this 26 day of November 2024

_____
Honorable Tony N. Leung
U.S. Magistrate Judge