UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-49(5) (MJD)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZACHARIA YUSUF ABDURAHMAN,

        Defendant.

**MOTION TO CONTINUE FINAL REVOCATION HEARING**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, respectfully submits this unopposed motion to continue the final revocation hearing in this matter, currently set for December 19, 2024. *See* Doc. No. 1099.

The government requests that the hearing be continued to a date in January 2025. The parties are engaged in ongoing conversations regarding the alleged violations of supervised release. The parties and Mr. Abdurahman's supervising officer believe additional time will allow for productive discussion of the facts and legal issues related to Mr. Abdurahman's supervision and reintegration into the community. Mr. Abdurahman's counsel has indicated they do not object to this motion.

Therefore, the government respectfully asks that the Court cancel the hearing now set for December 19 and reschedule the matter as set forth in this

motion.

Dated: December 13, 2024 　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　ANDREW M. LUGER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s/ Katharine T. Buzicky*

　　　　　　　　　　　　　　　　　　BY:  KATHARINE T. BUZICKY
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorney ID No. 671031MA