Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Hamza Naj Ahmed

<u>Docket No. 0864 0</u>:15CR00049-001(MJD)

**Petition on Supervised Release**

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Hamza Naj Ahmed** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 15, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 23 years supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office.

The defendant failed to report an email address he utilized to probation. The defendant allowed another party to access his email account on an unauthorized device.

> SPECIAL CONDITION: The defendant shall participate in a mental health counseling program as approved by the probation officer. This program may include psychological/psychiatric counseling or treatment, family counseling, and mentor support.

The defendant failed to follow mental health recommendations. He did not meet with a therapist as recommended. The defendant has reestablished contact with his therapist and has agreed to follow all recommendations.

> STANDARD CONDITION: You must answer truthfully the questions asked by your probation officer.

The defendant was not truthful when asked about his employment. He made statements that led probation to believe he was still employed, after an extended period of unemployment.

> SPECIAL CONDITION: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you.

The defendant failed to notify probation in a timely manner regarding termination of his employment.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

- The defendant shall participate in a location monitoring program for a period of 45-90 days. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

- The defendant shall remain at their residence every day during set hours as directed by the probation officer.

- The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this 27th day of December 2024, and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Brian James*
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on   December 20, 2024
Place         Minneapolis

Approved:

s/ *Dawn Arenz*
Dawn Arenz
Supervisory U.S. Probation Officer